## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| GUSTAVO ROJAS HERNANDEZ and MARIA JUAREZ BENAVIDES ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br>*Plaintiffs* <br><br>V. <br><br>PRITCHARD INDUSTRIES (SOUTHWEST), LLC and PRITCHARD INDUSTRIES, INC. <br>*Defendants* | § § § § § § § § § § § § § § § § § § |

Civil Action No. 5:20-cv-508-XR

JURY DEMANDED

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Gustavo Rojas Hernandez and Maria Juarez Benavides, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendants Pritchard Industries (Southwest), LLC and Pritchard Industries, Inc. (collectively "Defendants") (Plaintiffs and Defendants collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate that Plaintiffs hereby dismiss with prejudice this action against Defendants, with all parties to bear their own costs, attorneys' fees and expenses unless otherwise agreed to by the Parties.

DATED this 24th day of March, 2022.

Respectfully submitted,

**THE MORALES FIRM, P.C.**
6243 W. Interstate 10, Suite 132
San Antonio, Texas 78201
Phone: 210.225.0811
Fax: 210.225.0821

BY: /S/ Melissa Morales Fletcher
Melissa Morales Fletcher, *Of Counsel*
State Bar No. 24007702
Email:Melissa@themoralesfirm.com
Lawrence G. Morales, Of Counsel
State Bar No. 14417500
Email: moralesl@sbcglobal.net
Lawrence Morales II
State Bar No. 24051077
Email: lawrence@themoralesfirm.com

**ATTORNEYS FOR PLAINTIFFS AND OPT-IN PLAINTIFFS**

HOLLAND & KNIGHT LLP

By: /S/Peter N. Hall with permission
Todd D. Wozniak
Peter N. Hall
HOLLAND & KNIGHT LLP
1180 West Peachtree Street
Suite 1800
Atlanta, Georgia 30309
(404) 817-8412
Todd.wozniak@hklaw.com
Peter.hall@hklaw.com

L. Bradley Hancock
HOLLAND & KNIGHT LLP
1100 Louisiana Street, Suite 4300
Houston, TX 77002
(713) 244-6868
brad.hancock@hklaw.com

**ATTORNEYS FOR PRITCHARD INDUSTRIES (SOUTHWEST), LLC AND PRITCHARD INDUSTRIES, INC.**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on 3/24/22 I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such to all attorneys of record.

/s/ Melissa Morales Fletcher
Melissa Morales Fletcher
